ORANGE COUNTY TRUST COMPANY, Plaintiff, v. MERCHANTS ACCEPTANCE CORPORATION, Respondent, and MIDDLETOWN AUTO DISTRIBUTORS, INC., Defendant and Third-Party Plaintiff. JAMES H. WILCOX et al., Doing Business as WILCOX USED CARS, Third-Party Defendants-Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 811.]